# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**896**

**CAF 13-02222**

PRESENT: SMITH, J.P., FAHEY, LINDLEY, WHALEN, AND DEJOSEPH, JJ.

---

IN THE MATTER OF VALERIE L. PITKA,
PETITIONER-RESPONDENT,

V                                                           MEMORANDUM AND ORDER

STEWART PITKA, RESPONDENT-APPELLANT.
(APPEAL NO. 2.)

---

THE ABBATOY LAW FIRM, PLLC, ROCHESTER (DAVID M. ABBATOY, JR., OF COUNSEL), FOR RESPONDENT-APPELLANT.

ELIZABETH A. SAMMONS, WILLIAMSON, FOR PETITIONER-RESPONDENT.

---

Appeal from an order of the Family Court, Wayne County (Daniel G. Barrett, J.), entered June 4, 2013 in a proceeding pursuant to Family Court Act article 4. The order denied the objections of respondent and affirmed the decision of the Support Magistrate.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Same Memorandum as in *Pitka v Pitka* ([appeal No. 1] ___ AD3d ___ [Oct. 3, 2014]).

Entered:  October 3, 2014                           Frances E. Cafarell
                                                     Clerk of the Court